UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEADFAST INSURANCE COMPANY,

       Plaintiff,                              Case No. 1:07-cv-366

v.                                               Hon. Janet T. Neff

PRIME TITLE SERVICES, LLC, et al.,

       Defendants.
                                        /

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 13, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Dkt. No. 19) is **GRANTED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that Policy No. EOC 58776620-02 (Certificate No. T1161602), with effective date September 18, 2005, is rescinded on the basis of material misrepresentation.

Dated: December 11, 2008                        /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                  UNITED STATES DISTRICT JUDGE